*Felony* AUSA

AO91 (Rev. 12/03) Criminal Complaint

United States District Court
Southern District of Texas
**FILED**
OCT - 1 2019

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: B-19- 979-mj |
| Saul VILLARREAL-Esquivel | |
| A027 947 269  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __September 30, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Los Indios, Texas on September 30, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 7, 2006. The defendant was convicted of Illegal Reentry of Alien on September 13, 2001. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant had $95 United States dollars in his possession at the time of his arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Mora, Sergio A.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 01, 2019                                          at    Brownsville, Texas
Date                                                                      City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge                        Signature of Judge